UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60913-CIV-DIMITROULEAS

NELLY ROJAS,

    Plaintiff,
v.

NORTHSTAR LOCATION SERVICES LLC,
BARCLAYS BANK PLC,

    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court on the Notice of Settlement [DE 10] (the "Notice"), filed on June 15, 2021. The Court has reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Parties shall file appropriate dismissal papers[1] on or before **June 25, 2021**. All pending motions are **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of June, 2021.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record

---

[1] If the parties expect the Court to retain jurisdiction over a settlement agreement, the stipulation of dismissal must include language conditioning the stipulation on the Court retaining jurisdiction to enforce the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F. 3d 1272, 1280 (11th Cir. 2012).