UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60913-CIV-DIMITROULEAS

NELLY ROJAS,

    Plaintiff,

v.

NORTHSTAR LOCATION SERVICES LLC,
BARCLAYS BANK PLC,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On June 15, 2021, this Court entered an Order, which required the parties to file appropriate dismissal documents on or before June 25, 2021. [DE 11]. As of the date of this order, however, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **July 13, 2021**, the parties shall either file the appropriate dismissal documents[1] or show cause why they have not been filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of July, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] If the parties expect the Court to retain jurisdiction over a settlement agreement, the stipulation of dismissal must include language conditioning the stipulation on the Court retaining jurisdiction to enforce the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F. 3d 1272, 1280 (11th Cir. 2012).

Copies furnished to:
All Counsel of Record